**Jimmy FAIRCLOTH, Petitioner–
Appellant,**

v.

**Dean WALKER, Respondent–Appellee.**

No. 03–6432.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 4, 2003.

---

**494**

Jimmy Faircloth, Appellant Pro Se. Sandra Wallace–Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Jimmy Faircloth, a North Carolina prisoner, seeks to appeal the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. An appeal may not be taken to this court from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude Faircloth has not made the requisite showing.* See Miller–El v. Cockrell, 537 U.S. 322, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

* To the extent Faircloth seeks to raise issues not properly presented to the district court, we find they are waived. See Muth v. United States, 1 F.3d 246, 250 (4th Cir.1993) (holding

and argument would not aid the decisional process.

*DISMISSED.*

claims raised for first time on appeal will not be considered absent exceptional circumstances).